IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SHANE TAYLOR BURNS,

                Plaintiff,

    vs.

KRISTINA MILBURN, and JOAN
RAFFETY,

                Defendants.

**8:23CV53**

ORDER

      **IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 75) is granted and Tyrone E. Fahie is deemed withdrawn as counsel of record for Defendants in this case. The Clerk of Court shall terminate electronic notice to Tyrone E. Fahie in this case.

      Dated this 16th day of March, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge