IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANE TAYLOR BURNS, | |
| **Plaintiff,** | 8:23CV53 |
| vs. | |
| KRISTINA MILBURN, and JOAN RAFFETY, | ORDER |
| **Defendants.** | |

This case is before the Court on the matter of Plaintiff's representation.  On December 14, 2023, the Court appointed Joseph Howard to represent Plaintiff.  (Filing No. 20).  The case has proceeded through discovery, and on March 3, 2026, the defendants filed a motion for summary judgment (Filing No. 70) on Plaintiff's remaining claims.  That motion only recently became ripe for the Court's review.

Mr. Howard has since accepted employment with the United States Public Defender's Office in Omaha, Nebraska, and therefore must withdraw from his court-appointed representation of Plaintiff fin this matter.  (Filing No. 80).  Mr. Howard states he has informed his client, who remains indigent and requires replacement court-appointed counsel.  The Court has contacted Michaela P. Casey at the Fraser Stryker PC, LLO law firm, who has agreed to accept the appointment as Plaintiff's counsel.  Accordingly,

**IT IS ORDERED**:

1.  The Motion to Withdraw as Counsel (Filing No. 80) is granted.  Joseph L. Howard is granted leave to withdraw as counsel for Plaintiff, and the Clerk shall terminate electronic notice to him in this case.

2.  With thanks for accepting the appointment, Michaela P. Casey and Fraser Stryker PC, LLO are hereby appointed to represent Plaintiff Shane Taylor Burns in this matter.[1]  Ms. Casey, and/or any other counsel from the Fraser Stryker law firm are directed to promptly enter their appearance as counsel in this case.  Mr. Howard shall help facilitate the transition to replacement counsel by transferring his case files and communicating

---

[1] Pursuant to the Amended Plans for the Administration of the Federal Practice Fund and the Federal Practice Committee.

deadlines and any other pertinent information necessary for Plaintiff's continued representation.

3. Upon entry of new counsel's appearance in CM/ECF, the Clerk of Court shall immediately pay from the Federal Practice Fund the sum of $1,000 to the Fraser Stryker, PC, LLO. A second and last installment of $1,000 shall become due and payable to the Fraser Stryker PC, LLO upon the entry of judgment or other closing documents in the case.

4. Subject to the prior approval of the Court, counsel may incur reasonable expenses when representing Plaintiff in accordance with the Amended Plans for the Administration of the Federal Practice Fund and the Federal Practice Committee. See also NEGenR 1.7(g) and NECivR 54.3-54.4.

5. Should Plaintiff succeed, and counsel be awarded attorney fees and expenses that exceed $2,000 plus expenses, counsel shall reimburse the Federal Practice Fund for the fees and expenses paid from the fund.

6. This appointment will not extend to any appeal after trial.

Dated this 18th day of May, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge